IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10803
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

JERRY S. HOLBROOK,

                                    Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CR-160-G
- - - - - - - - - -
August 15, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Jerry S. Holbrook has filed a

brief as required by Anders v. California, 386 U.S. 738 (1967).

Our independent review of the brief, Holbrook's response, and

record discloses no nonfrivolous issue.  Accordingly, counsel is

excused from further responsibilities herein and the APPEAL IS

DISMISSED.

    Holbrook's motion to substitute counsel is DENIED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

APPEAL DISMISSED.